**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:  Jeffrey M Little | ) | Case No. 09-60339 |
| | ) | |
| | ) | Judge Hoffman |
| | ) | |
| Debtor. | ) | |

**OBJECTION TO COURT CLAIM #11 OF OHIO DEPARTMENT OF TAXATION AND NOTICE OF OBJECTION TO CLAIM**

  Now comes the Debtor, Jeffrey M Little, by and through counsel, and does hereby object to court claim #1 of Ohio Department of Taxation, P.O. Box 530, Columbus, OH 43216 , pursuant to the Southern District of Ohio Local Rule 3007-1.  The Ohio Department of Taxation's claim is based the Assessed Taxes for 2005 and 2008.  The claim is not proper due to Debtor filing his 2005, 2008 2009 taxes in March 2010.  The returns show that the debtor does not owe the State of Ohio any tax money but is in fact owed a refund of $420.00 for 2005, $66.00 for 2008 and $93.00 for 2009.

  For the foregoing reasons, claim # 11 of the State of Ohio should be disallowed in its entirety.

                                                                  Respectfully Submitted,

                                                                   /s/ Scott E Rice
                                                                  Scott E. Rice (0070395)
                                                                  35 E Livingston Ave
                                                                  Columbus, OH 43215
                                                                  (614) 221-5144
                                                                  (614) 754-5025
                                                                  scott@scottricelaw.com

## **NOTICE OF OBJECTION TO CLAIM**

Jeffrey M Little has filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to reduce, modify or eliminate your claim, then on or before thirty (30) days from the date set forth in the certificate of service for the objection to claim, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to

> Clerk of the United States Bankruptcy Court
> Southern District of Ohio Columbus Divisional Office
> 170 North High Street
> Columbus, OH 43215

OR your attorney must file a response using the court's ECF System.

The court must receive your response on or before the date above.
You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

> Scott E Rice
> 35 E livingston Ave
> Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim.

## CERTIFICATE OF SERVICE

    A copy of the foregoing Objection to Claim #11 of State of Ohio Department of Taxation's Notice of Objection to Claim was either mailed via regular U.S. mail or sent via the Court's ECF/CM System on this 15th day of March 2010, upon the following parties:

Asst U.S. Trustee (Col)
electronically at ustpregion09.cb.ecf@usdoj.gov

Frank M. Pees, Chapter 13 Trustee
electronically at trustee@ch13.org

Rebecca L Daum
electronically at rebecca_daum@tax.state.oh.us

Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530

Jeffrey M Little
1035 Beechwood Rd
Columbus OH 43227

                                           /s/ Scott E Rice
                                           Scott E. Rice (0070395)
                                           35 E Livingston Ave
                                           Columbus, OH 43215
                                           (614) 221-5144
                                           (614) 754-5025
                                           scott@scottricelaw.com